UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-CV-04253 SSS (DSR) Date: August 24, 2026

Title Khanhloc Pham Ngoc v. J. Johnson et al.

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER SETTING VIDEO STATUS CONFERENCE**

This is an immigration-related Petition for Writ of Habeas Corpus. Petitioner filed the case pro se on July 27, 2026, by filing his Petition and a Motion for Appointment of Counsel. See Doc. Nos. 1, 2. The Court referred the case to the Office of the Federal Public Defender on July 30, 2026, to consider appointment of counsel for Petitioner, and on August 13, 2026, Deputy Public Defender C. Pamela Gomez filed a Notice of Appearance for Petitioner. The Court formally appointed Attorney Gomez to represent Petitioner on August 17, 2026. Attorney Gomez then filed a Reply to Respondents' Answer to the Petition on August 19, 2026.

On August 11, 2026, however, while the Motion for Appointment of Counsel was pending, Petitioner mailed to the Court a pro se Motion for Leave to file a First Amended Petition. That Motion did not arrive to the Court until August 17th, and was not entered on the docket until August 19, 2026 – after the Court had appointed counsel for Petitioner and the same day that counsel had filed a Reply on Petitioner's behalf.

The Court will conduct a status conference in this case, by videoconference, at 9:00 a.m. on Monday, August 31, 2026, to discuss with the parties whether Petitioner still desires to proceed with his Motion for Leave to Amend or if his counsel instead desires to withdraw that Motion and proceed on the basis of the original Petition and Reply. The Clerk will provide login information for the videoconference separately.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK