**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KHANHLOC PHAM NGOC,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

No. 5:26-cv-4253-SSS (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody, Respondents' Answer, Petitioner's Reply, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.

The Court has considered Petitioner's November 2, 2026, Objections to Report and Recommendation of United States Magistrate Judge (Doc. No. 31) and conducted a de novo review of those portions of the Report and Recommendation ("Report") to which Petitioner's counsel objected.

The Report recommends the dismissal of the Petition as moot because Petitioner is no longer in immigration detention, because the habeas relief Petitioner sought was detention-based, and because Petitioner was removed to Vietnam. (Doc. No. 31.) As evidence of removal, Respondents submitted a status report stating that Petitioner was removed from the United States on September 8,

2026, via air flight #26-007576. (Doc. No. 28-1.) The Objections, filed by Petitioner's counsel, do not merit a different outcome.

The Objections do not dispute the fact that Petitioner has been removed from the United States, is no longer in Respondents' custody, and thus is not "in custody in violation of the Constitution or laws or treaties of the United States." Nor do the Objections provide any basis to question that Petitioner was removed anywhere other than to Vietnam – to which the Immigration Judge ordered him removed. Although Petitioner's counsel objects to the sufficiency of Respondents' documentation that Petitioner personally was on the flight removing him from the United States, the objection is based solely on conjecture that Petitioner might not have been on the flight. (Doc. No. 31 at 3.) The conjecture fails to show that this action continues to present an actual or live controversy. After de novo review, the Court agrees with the analysis of the Magistrate Judge.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is **DISMISSED** as moot.

DATED: November 18, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE