JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHANHLOC PHAM NGOC,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | No. 5:26-cv-4253-SSS (DSR)<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed as moot, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: November 18, 2026

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE